Argued December 22, 1976, affirmed January 17, 1977

JAMES HOLLOWAY, *Petitioner,*

*v.*

OREGON STATE PENITENTIARY et al,

*Respondents.*

(CA 6789)

558 P2d 847

Robert C. Cannon, Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Gary D. Babcock, Public Defender, Salem.

W. Benny Won, Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Thornton and Lee, Judges.

PER CURIAM.

Affirmed. *See Palaia v. OSP,* 28 Or App 83, 558 P2d 846 (1977).